```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                         NORTHERN DIVISION
```

ARETHA SMITH,                           :
                                        :
    Plaintiff,                          :
                                        :
vs.                                     :
                                        :   CIVIL ACTION 14-0392-M
CAROLYN W. COLVIN,                      :
Social Security Commissioner,           :
                                        :
    Defendant.                          :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Aretha Smith.

DONE this 6th day of May, 2015.

                                          s/BERT W. MILLING, JR.
                                          UNITED STATES MAGISTRATE JUDGE